IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARTURO BASTIDAS**                                                                 **PLAINTIFF**

V.                                          **4:13CV00566 JMM**

**HOME DEPOT**                                                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendant.

IT IS SO ORDERED this 7th day of March, 2014.


_____
James M. Moody
United States District Judge